1

2 Abran E. Vigil
Nevada Bar No. 7548
3 BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
4 Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
5 Facsimile: 702.471.7070
Email: vigila@ballardspahr.com

6

7 Peter L. Haviland
BALLARD SPAHR LLP
8 2029 Century Park East, Suite 800
Los Angeles, California 90067
9 Telephone: 424.204.4321
Facsimile: 424.204.4350
havilandp@ballardspahr.com

10

11 Roger P. Thomasch
Gregory P. Szewczyk
12 BALLARD SPAHR LLP
1225 17th Street, Suite 2300
13 Denver, Colorado 80202-5596
Telephone: 303.292.2400
14 Facsimile: 303.296.3956
thomasch@ballardspahr.com
15 szewczykg@ballardspahr.com

16 Attorneys for Plaintiff

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

17 **UNITED STATES DISTRICT COURT**

18 **DISTRICT OF NEVADA**

19 CH2E NEVADA, LLC, a Nevada limited )
liability company, )
20 ) Case No. 2:15-cv-00694-JCM-NJK
Plaintiff, )
21 )
v. )
22 ) **CH2E'S MOTION FOR FEES AND**
) **COSTS**
23 LATIF MAHJOOB, an individual; )
AMERICAN COMBUSTION )
24 TECHNOLOGY INCORPORATED, a )
California corporation; DOES 1-X; and )
25 ROE COMPANIES XI-XX, inclusive, )
)
26 Defendants. )
_____ )

27    Pursuant to Local Rule 7-2 and this Court's Order (Doc. 64), Plaintiff CH2E

28 Nevada, LLC ("CH2E") respectfully moves for an order awarding CH2E its

reasonable attorneys' fees and costs related to its Motion to Compel Defendant American Combustion Technology, Inc. ("ACTI") to Produce Requested Documents (Doc. 55).   This motion for fees and costs is made and based on the following memorandum of points and authorities, the attached declaration, the papers and pleadings on file, and, if the Court deems necessary, an oral argument.

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

## I.   INTRODUCTION

On October 18, 2016, CH2E filed a motion to compel ACTI to produce documents responsive to several of CH2E's discovery requests (the "Motion"). The Court granted CH2E's Motion on December 5, 2016 (Doc. 64), but denied, without prejudice, CH2E's request for attorneys' fees and costs. The Court instructed the parties to meet and confer on "whether attorneys' fees and costs are appropriate, and, if so, an amount of attorneys' fees and costs that should be provided to Plaintiff." (<u>Id.</u>)

Pursuant to the Court's order, counsel for both parties conferred telephonically on December 16, 2016.  During their conferral, ACTI's counsel objected "in theory" to the appropriateness of attorneys' fees and costs on the grounds that ACTI was substantially justified in withholding the documents from CH2E. CH2E's counsel disagreed, primarily because it would be unjust to require CH2E to bear the costs associated with moving to compel ACTI to produce documents that, as the Court held, are not only "relevant and necessary to determining whether manufacturing defects exist," (Doc. 64 at 3:11-12), but that are also adequately protected by a stipulated protective order—which was negotiated at ACTI's request. (<u>See</u> Doc. 64 at 3:17-18).

During their conferral, the parties also discussed the amount of fees that CH2E should be entitled to. CH2E's counsel provided ACTI's counsel a detailed billing statement showing that CH2E incurred $23,466 preparing the Motion. ACTI's counsel objected to general categories of billable activities but did not offer a counterproposal as to what amount of fees it believed would be appropriate if the

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Court determines that CH2E is entitled to fees. As a result, the parties were unable to agree on the amount of fees CH2E is entitled to recover.

Accordingly, CH2E respectfully requests this Court enter an order awarding CH2E its reasonable attorneys' fees and costs in the amount of $23,466, which is detailed in the redacted billing statement attached as **Exhibit A** to the Declaration of Abran Vigil, and which is to be paid by ACTI, and not ACTI's counsel.

## II.   LEGAL ARGUMENT

### A.   Applicable Standard

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), CH2E is entitled to a mandatory award of the reasonable attorneys' fees and costs incurred in making the motion to compel, absent exceptions not applicable here.

### B.   The Fees Charged by CH2E's Counsel Are Reasonable.

Although not directly applicable in this case, Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54-16(a) provide a list of factors that are instructive of the reasonableness of CH2E's attorneys' fees. The factors implicated in this case are addressed below.

#### 1.   Time and Labor Required.

In May 2016, after ACTI refused to produce documents responsive to several of CH2E's discovery requests, CH2E conferred with ACTI. When discussions between the parties broke down, CH2E began to prepare a motion to compel.  As detailed in the Motion, the parties engaged in multiple written and telephonic conferrals over several months. The amount of time and labor CH2E expended on the Motion is commensurate with ACTI's efforts to delay CH2E from filing it.  Ballard Spahr billed 68.2 attorney hours.  Considering the circumstances, the efficiency with which this work was done demonstrates that these billings were eminently reasonable.  See Vigil Decl. at ¶ 8.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2. <u>The Novelty and Difficulty of the Questions Involved.</u>

The Motion did not involve novel or difficult questions of law. However, ACTI—who vigorously opposed producing documents central to CH2E's case—increased the complexity of the Motion by raising a myriad of defenses. As a result, CH2E was required to conduct additional research to fully address these matters and expend time in briefing based on ACTI's unmeritorious tactics, which, if left unopposed, would be deemed admitted. <u>See</u> Vigil Decl. at ¶ 9.

3. <u>The Skill Requisite to Perform the Legal Services Properly.</u>

Ballard Spahr researched and drafted all of the documents filed on behalf of CH2E in this matter. <u>See</u> Vigil Decl. at ¶ 10. The attorneys who worked on this matter have a practice emphasis in commercial litigation. Ballard Spahr was able to staff this matter with attorneys at different year levels to try to maximize efficiency and minimize the overall costs to the client. For example, had the partner on the case performed the 68.2 hours of attorney work without delegating year-level appropriate items to the other attorneys, CH2E would have incurred $42,352 instead of the grand total $23,466 which was incurred over a six month period.

Additionally, since the venue of this case is in federal court, this case required counsel who is familiar with federal court civil practice generally, and more specifically, the local rules of this District.

4. <u>The Customary Fee.</u>

The rates charged by Mr. Vigil and the other attorneys at Ballard Spahr are consistent with rates customarily charged in the Las Vegas, Nevada metropolitan area for similar legal services and experience levels. These hourly rates are as follows:

| Attorney | Rate |
|---|---|
| Abran E. Vigil | $544.50 per hour |
| Roger P. Thomasch | $621 per hour |
| Peter Haviland | $621 per hour |
| Gregory P. Szewczyk | $396 per hour |
| J. Matt Thornton | $270 per hour |

1  <u>See</u> Vigil Decl. at ¶ 11.

2                 5.    <u>The Experience, Reputation, and Ability of the Attorneys.</u>

3        Ballard Spahr is a nationally recognized and ranked firm.  For example, *U.S.*

4  *News & World Report – Best Lawyers Best Law Firms*, ranked the firm in the

5  highest tier nationally in many areas, and in Las Vegas is ranked the firm in the top

6  tier for Litigation – Banking & Finance.[1]  In addition, the Las Vegas attorney

7  handling this matter, Mr. Vigil, has extensive experience and has also been

8  recognized for his expertise.  Mr. Vigil, a partner at Ballard Spahr, has 16 years of

9  experience as an attorney.  He has been honored as one of *The Best Lawyers in*

10  *America* in Commercial Litigation, Banking and Finance Litigation, M&A Litigation,

11  and Real Estate Litigation (2008-2014) and named among Nevada Business

12  Magazine's Legal Elite since 2012.  He is also "AV" rated and has been recognized as

13  a "SuperLawyer", including a "Top 100" ranking in the Mountain State region, for

14  many years.  <u>See</u> Vigil Decl. at ¶ 6.

15        Based on the foregoing, including the allocation of most of the work to

16  attorneys who could do year-level appropriate work so as to maximize the efficiency

17  and lower cost to CH2E, the hours expended and fees charged in this matter by

18  Ballard Spahr are reasonable compared to those charged by local counsel here in Las

19  Vegas for similar complex litigation.  <u>See</u> Vigil Decl. at ¶ 15.

20                 6.    <u>The Nature and Length of the Professional Relationship with the</u>

21                      <u>Client.</u>

22        This is Ballard Spahr's first representation of CH2E. The firm's professional

23  relationship with CH2E is ongoing.  <u>See</u> Vigil Decl. at ¶ 13.

24        Based on the foregoing, the Court should award CH2E the following attorneys'

25  fees and costs:

26

27         [1]  More information about the firm's rankings can be found at

28  http://www.ballardspahr.com/the_firm/rankings_recognition.aspx.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

| | | |
|---|---|---|
| Fees | $ | 23,466 |
| Costs | $ | 0 |
| Total | $ | 23,466 |

*[Remainder of Page Intentionally Left Blank]*

III.    CONCLUSION

CH2E respectfully requests this Court enter an order awarding CH2E the reasonable attorneys' fees and costs in the amount of $23,466 to be paid by ACTI.

Dated:  December 20, 2016.

BALLARD SPAHR LLP


/s/ *Abran Vigil*
Abran E. Vigil
Nevada Bar No. 7548
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

Peter L. Haviland
2029 Century Park East, Suite 800
Los Angeles, California 90067

Roger P. Thomasch
Gregory P. Szewczyk
1225 17th Street, Suite 2300
Denver, Colorado 80202-5596

*Attorneys for Plaintiff CH2E Nevada, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2016, and pursuant to Fed. R. Civ. P. 5(b), a true and correct copy of the foregoing **CH2E'S Motion for Fees and Costs**, was electronically filed and served through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Hector Carbajal
Matthew C. Wolf
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (720) 384-5529
hjc@cmlawnv.com
mcw@cmlawnv.com

James K. Kawahito
Alison Rose
KAWAHITO SHRAGA & WETRICK LLP
1990 South Bundy Drive
Los Angeles, CA 90025
Telephone: (310) 746-5300
jkawahito@kswlawyers.com
arose@kswlawyers.com

[ ]     HAND DELIVERY

[XX]   E-MAIL TRANSMISSION VIA CM/ECF SYSTEM

[ ]     U.S. MAIL, POSTAGE PREPAID

[ ]     Certified Mail, Receipt No. _____,
        Return receipt requested

                    /s/ Mary Kay carlton
                    An employee of BALLARD SPAHR LLP

<u>DECLARATION OF ABRAN VIGIL IN SUPPORT OF CH2E'S MOTION FOR FEES AND COSTS</u>

Abran Vigil hereby declares:

1. I make this declaration based on my own personal knowledge of the contents herein, unless stated upon information and belief. If called to testify, I could competently do so.

2. I am a Partner with Ballard Spahr LLP ("Ballard Spahr") and represent CH2E Nevada, LLC ("CH2E") respectfully in this matter, and on that basis I am familiar with the matters contained herein.

3. I make this declaration in support of CH2E's Motion for Fees and Costs.

**Description of Attorneys Involved**

4. Ballard Spahr is a national firm with offices in Atlanta, Baltimore, Bethesda, Denver, Las Vegas, Los Angeles, New Jersey, New York, Philadelphia, Phoenix, Salt Lake City, San Diego, Wilmington, and Washington D.C.

5. Ballard Spahr has served as counsel to CH2E in this action. I along with Roger P. Thomasch, Peter Haviland, Gregory P. Szewczyk, and J. Matt Thornton of Ballard Spahr served as counsel in this matter.

6. Ballard Spahr is a nationally recognized and ranked firm. For example, *U.S. News & World Report – Best Lawyers Best Law Firms*, ranked the firm in the highest tier nationally in many areas, and in Las Vegas is ranked the firm in the top tier for Litigation – Banking & Finance.[1] In addition, the Las Vegas attorneys handling this matter have extensive experience and have also been recognized for their expertise. For example, I have 16 years of experience as an attorney. I have been honored as one of *The Best Lawyers in America* in Commercial Litigation, Banking and Finance Litigation, and Real Estate Litigation (2008-2014) and have

---

[1] More information about the firm's rankings can be found at http://www.ballardspahr.com/the_firm/rankings_recognition.aspx.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

been named among Nevada Business Magazine's Legal Elite since 2012. I am also "AV" rated and have been recognized as a "SuperLawyer", including a "Top 100" ranking in the Mountain State region, for many years.

**Description of Ballard Spahr's Involvement**

7.     As indicated in the accompanying motion, CH2E has expended considerable time preparing a motion to compel Defendant American Combustion Technology, Inc. ("ACTI") to produce documents.

8.     In May 2016, after ACTI refused to produce documents responsive to several of CH2E's discovery requests, CH2E conferred with ACTI. When discussions between the parties broke down, CH2E began to prepare a motion to compel. The parties subsequently engaged in multiple written and telephonic conferrals over a period of several months. The amount of time and labor CH2E expended on the Motion is commensurate with ACTI's efforts to delay CH2E from filing it. Ballard Spahr billed 68.2 attorney hours. Considering the circumstances, the efficiency with which this work was done demonstrates that these billings were eminently reasonable.

9.     ACTI vigorously opposed producing documents central to CH2E's case, which increased the complexity of CH2E's motion to compel by raising a myriad of defenses. As a result, CH2E was required to conduct additional research to fully address these matters and expend time in briefing based on ACTI's unmeritorious tactics, which, if left unopposed, would be deemed admitted.

10.     Ballard Spahr researched and drafted all of the documents filed on behalf of CH2E in this matter.

11.     The rates charged by myself and the other attorneys at Ballard Spahr are consistent rates customarily charged in the Las Vegas, Nevada metropolitan area for similar legal services and experience levels. These hourly rates are as follows:

| Attorney | Rate |
| --- | --- |
| Abran E. Vigil | $544.50 per hour |
| Roger P. Thomasch | $621 per hour |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

| Peter Haviland | $621 per hour |
| Gregory P. Szewczyk | $396 per hour |
| J. Matt Thornton | $270 per hour |

12.     Ballard Spahr charged CH2E an hourly rate in handling this action.

13.     This is Ballard Spahr's first representation of CH2E individually. The firm's professional relationship with CH2E is ongoing.

14.     I have reviewed the contents of the accompanying Motion and, in accordance with LR 54-16(c) declare that, to the best of my knowledge and information, it is true and correct.

15.     Based on the foregoing, including the allocation of most of the work to attorneys who could do year-level appropriate work so as to maximize the efficiency and lower cost to CH2E, the hours expended and fees charged in this matter by Ballard Spahr are reasonable compared to those charged by local counsel here in Las Vegas for similar complex litigation.

16.     I have reviewed the documentation of fees and have determined that charging $23,466 in fees and costs is reasonable under the circumstances. The redacted billing statement is attached as **Exhibit A**.

17.     The attached invoices are copies of original invoices that I personally reviewed.  The copies are true and accurate copies of the actual invoices that were reviewed and adjusted/edited in the ordinary course of business, except to the extent that the entries have been redacted to exclude fees and disbursements that are unrelated to preparing the motion to compel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  December 20, 2016.

/s/ Abran Vigil
Abran E. Vigil, Esq.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

# **EXHIBIT A**

# Ballard Spahr
### LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel 303.292.2400
Fax 303.296.3956
www.ballardspahr.com

REDACTED

Invoice Date: June 29, 2016
Invoice No.: 2016065702

Fulton & Meyer
Attn: Kelli Miller
16030 Ventura Blvd., Suite 240
Encino, CA  91436

Client:      CH2E Nevada LLC and CH2E Delaware LLC  (069390.00)

Matter:     CH2E Nevada v. ACTI  (00175546)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2016

## INVOICE SUMMARY

FEES

      CH2E Nevada v. ACTI                                                                              REDACTED
      (00175546)

          Less:   10.0% Discount

          Total Fees

          Total Current Charges

          Plus: Unpaid Prior Balance

      **TOTAL AMOUNT DUE**

**PROFESSIONAL SERVICES**

REDACTED

| | | | | |
|---|---|---|---|---|
| 05/18/16 | Szewczyk,G.P. | Review ACTI's responses to discovery requests, including numerous emails with R. Thomasch re: same and appropriate response to deficiencies therein | 1.10 | 484.00 |
| 05/18/16 | Thomasch,R.P. | Telephone conference with opposing counsel concerning production of ACTI documents, Rule 30(b)(6) deposition of CH2E, deposition of Beland and Day and our time to respond to recent ACTI discovery requests (.5); several e-mails from and to opposing counsel re: foregoing (.3) | 0.80 | 552.00 |
| 05/19/16 | Szewczyk,G.P. | Research Nevada case law re: sufficiency of ACTI's objections based on "trade secret" assertion | 1.20 | 528.00 |

REDACTED

| | | | | |
|---|---|---|---|---|
| 05/20/16 | Szewczyk,G.P. | Research case law and operative confidentiality order to analyze permissibility of ACTI's refusal to produce design documents | 0.60 | 264.00 |
| 05/25/16 | Szewczyk,G.P. | Prepare conferral letter re: ACTI's objections based on confidentiality and trade secrets, including review of Stipulated Protective Order | 0.80 | 352.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 05/27/16 | Szewczyk,G.P. | Prepare letter conferring with ACTI re: responses to second discovery requests, including research of case law and drafting of same | 1.80 | 792.00 |
| REDACTED | | | | |

Less:   10.0% Discount                                                                    REDACTED

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| REDACTED | | | |

# Ballard Spahr
**LLP**

1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel 303.292.2400
Fax 303.296.3956
www.ballardspahr.com

REDACTED

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 069390.00 | CH2E Nevada LLC and CH2E Delaware LLC |
| Matter: | 00175546 | CH2E Nevada v. ACTI |
| Invoice No.: | 2016065702 | |
| Date: | June 29, 2016 | |

REDACTED

Fee Amount
Less:  10.0% Discount
Total Fees

Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

REDACTED

**Bank:**
**ABA No.:**
**Account No.:**
**Account Name:**
**Please indicate on wire transfer the invoice number stated above.**

CC:

Robert Zecher at Robert@CH2E.com

# Ballard Spahr
### LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel 303.292.2400
Fax 303.296.3956
www.ballardspahr.com

REDACTED

Invoice Date: August 16, 2016
Invoice No.: 2016082685

Fulton & Meyer
Attn: Kelli Miller
16030 Ventura Blvd., Suite 240
Encino, CA  91436

Client:     CH2E Nevada LLC and CH2E Delaware LLC  (069390.00)
Matter:     CH2E Nevada v. ACTI  (00175546)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2016

**INVOICE SUMMARY**

FEES

    CH2E Nevada v. ACTI                                              REDACTED
    (00175546)

        Less:   10.0% Discount

        Total Fees

DISBURSEMENTS
    REDACTED

                                                                     REDACTED

    Total Disbursements

    Total Current Charges                                            —

    Plus: Unpaid Prior Balance

REDACTED

**TOTAL AMOUNT DUE**

**PROFESSIONAL SERVICES**

REDACTED

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 06/15/16 | Vigil,A. | Review May 1 revisions to local rules and draft response to lead counsel on Motion to Compel timing | 0.40 | 242.00 |
| REDACTED | | | | |
| 06/16/16 | Szewczyk,G.P. | Finalize conferral letter re: ACTI's deficient responses to second discovery requests and coordinate delivery of same, including emails with opposing counsel re: same | 0.30 | 132.00 |
| REDACTED | | | | |
| 06/23/16 | Thornton,J.M. | Outline and analyze arguments for motion to compel | 1.60 | 480.00 |
| REDACTED | | | | |
| 06/23/16 | Thornton,J.M. | Prepare motion to compel | 1.60 | 480.00 |
| REDACTED | | | | |
| 06/25/16 | Thornton,J.M. | Research case law re: motion to compel production of confidential or proprietary documents | 1.10 | 330.00 |
| 06/27/16 | Thornton,J.M. | Prepare CH2E's motion to compel production of discovery | 0.80 | 240.00 |
| REDACTED | | | | |
| 06/28/16 | Thornton,J.M. | Review L. Mahjoob's deposition transcript for testimony that supports CH2E's motion to compel discovery | 0.90 | 270.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 07/01/16 | Szewczyk,G.P. | Prepare motion to compel re: second requests for production of documents, including review of ACTI prior answers and objections and outlining/drafting portions of motion | 2.20 | 968.00 |
| REDACTED | | | | |
| 07/05/16 | Szewczyk,G.P. | Review letter from J. Kawahito re: CH2E conferral letter and purported willingness to continue conferring re: withheld documents | 0.10 | 44.00 |
| REDACTED | | | | |
| 07/07/16 | Szewczyk,G.P. | Prepare letter responding to ACTI's letter re: second discovery requests, including review of previous ACTI statements and case law re: sufficiency of objection in light of stipulated protective order | 1.50 | 660.00 |
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 07/12/16 | Szewczyk,G.P. | Prepare motion to compel production of documents re: Second Discovery Requests | 1.30 | 572.00 |
| REDACTED | | | | |
| 07/13/16 | Szewczyk,G.P. | Prepare motion to compel, including drafting of motion and research of case law for use in same | 2.20 | 968.00 |
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 07/19/16 | Thornton,J.M. | Outline legal argument for motion to compel production of documents from ACTI | 0.40 | 120.00 |
| REDACTED | | | | |
| 07/20/16 | Thornton,J.M. | Draft legal argument section of motion to compel | 3.20 | 960.00 |
| 07/21/16 | Szewczyk,G.P. | Review and revise motion to compel production of documents requested in Second Requests re: design drawings | 1.80 | 792.00 |
| REDACTED | | | | |
| 07/21/16 | Thornton,J.M. | Draft legal argument section of motion to compel | 2.30 | 690.00 |
| REDACTED | | | | |
| 07/22/16 | Szewczyk,G.P. | Review and revise motion to compel production of documents | 0.40 | 176.00 |
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/22/16 | Thornton,J.M. | Edit motion to compel, check citations, and consult local rules for formatting requirements | 1.70 | 510.00 |

REDACTED

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |

|  |  |
|--|--|
| **Total Fees** | REDACTED |

Less:   10.0% Discount                                                                REDACTED

**PROFESSIONAL SERVICES SUMMARY**

| | Name | Rate | Hours | Amount |
|--|------|------|-------|--------|
| | REDACTED | | | |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| REDACTED | | |
| | | REDACTED |

| Date | Description | Amount |
|------|-------------|--------|
| REDACTED | | |

REDACTED

**Total Disbursements**

**DISBURSEMENT SUMMARY**
<u>Description</u>                                                                              <u>Amount</u>
REDACTED

REDACTED

**Total Current Charges:**

# Ballard Spahr
**LLP**

1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel 303.292.2400
Fax 303.296.3956
www.ballardspahr.com

<span style="color:red">REDACTED</span>

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 069390.00 | CH2E Nevada LLC and CH2E Delaware LLC |
| Matter: | 00175546 | CH2E Nevada v. ACTI |
| Invoice No.: | 2016082685 | |
| Date: | August 16, 2016 | |

<span style="color:red">REDACTED</span>

Fee Amount
Less:   10.0% Discount
Total Fees

Disbursement Amount

Total Current Charges

Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

<span style="color:red">REDACTED</span>

**Bank:**
**ABA No.:**
**Account No.:**
**Account Name:**
**Please indicate on wire transfer the invoice number stated above.**

CC:
Robert Zecher at Robert@CH2E.com

# Ballard Spahr
### LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

REDACTED

Invoice Date: September 9, 2016
Invoice No.: 2016090749

Fulton & Meyer
Attn: Kelli Miller
16030 Ventura Blvd., Suite 240
Encino, CA  91436

Client:     CH2E Nevada LLC and CH2E Delaware LLC  (069390.00)

Matter:     CH2E Nevada v. ACTI  (00175546)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2016

## INVOICE SUMMARY

FEES

    CH2E Nevada v. ACTI                                                                      REDACTED
    (00175546)

      Less:   10.0% Discount

      Total Fees

DISBURSEMENTS
  REDACTED

                                                             REDACTED

      Total Disbursements

      Total Current Charges

      Plus: Unpaid Prior Balance

      **TOTAL AMOUNT DUE**

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/24/16 | Thornton,J.M. | Supplement and revise motion to compel to reflect current status of dispute | 3.70 | 1,110.00 |
| REDACTED | | | | |
| 08/25/16 | Szewczyk,G.P. | Revise motion to compel, including line edits and researching deposition cites | 1.80 | 792.00 |
| REDACTED | | | | |
| 08/25/16 | Thornton,J.M. | Edit motion to compel and compile attachments | 0.60 | 180.00 |
| 08/25/16 | Vigil,A. | Edits to motion to compel for purposes of local rule compliance and to aid in directing arguments to our assigned Magistrate | 0.90 | 544.50 |
| REDACTED | | | | |
| 08/26/16 | Szewczyk,G.P. | Prepare Declaration of G. Szewczyk in support of Motion to Compel | 0.60 | 264.00 |
| REDACTED | | | | |
| 08/26/16 | Szewczyk,G.P. | Review and revise motion to compel based on comments and edits by A. Vigil, primarily relating to District of Nevada Local Rules and customs | 0.20 | 88.00 |
| 08/26/16 | Thornton,J.M. | Amend fact and argument sections of motion to compel to reflect J. Kawahito's response to CH2E's conferral e-mail (1.7); review G. Szewcyzk declaration and compile attachments (.3) | 2.00 | 600.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 08/29/16 | Szewczyk,G.P. | Revisions to motion to compel and declaration in support of same to incorporate new positions based on ACTI's representations in conferral email | 1.20 | 528.00 |
| 08/29/16 | Szewczyk,G.P. | Prepare for upcoming conferral with opposing counsel re: refusal to produce documents in response to Second Requests, including preparing outline for same and reviewing case law | 0.50 | 220.00 |
| REDACTED | | | | |
| 08/29/16 | Vigil,A. | Review and edit updated motion to compel and supporting declaration and supply additional input to team on same | 0.30 | 181.50 |
| REDACTED | | | | |
| 08/31/16 | Szewczyk,G.P. | Meet and confer with opposing counsel re: refusal to provide requested design drawings, including preparing email to P. Haviland and A. Vigil re: same | 1.50 | 660.00 |
| REDACTED | | | | |

REDACTED

**Total Fees**

Less:   10.0% Discount

REDACTED

**PROFESSIONAL SERVICES SUMMARY**

| Name | | Rate | Hours | Amount |
|------|---|------|-------|--------|
| REDACTED | | | | |

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| REDACTED | | | |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| REDACTED | | |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| REDACTED | |

REDACTED

**Total Current Charges:**

# Ballard Spahr
### LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

<span style="color:red">REDACTED</span>

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 069390.00 | CH2E Nevada LLC and CH2E Delaware LLC |
| Matter: | 00175546 | CH2E Nevada v. ACTI |
| Invoice No.: | 2016090749 | |
| Date: | September 9, 2016 | |

<span style="color:red">REDACTED</span>

Fee Amount
Less:  10.0% Discount
Total Fees

Disbursement Amount

Total Current Charges

Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

<span style="color:red">REDACTED</span>

**Bank:**
**ABA No.:**
**Account No.:**
**Account Name:**
**Please indicate on wire transfer the invoice number stated above.**

CC:

Robert Zecher at Robert@CH2E.com

# Ballard Spahr
### LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

REDACTED

Invoice Date: October 4, 2016
Invoice No.: 2016100155

Fulton & Meyer
Attn: Kelli Miller
16030 Ventura Blvd., Suite 240
Encino, CA  91436

Client:    CH2E Nevada LLC and CH2E Delaware LLC  (069390.00)

Matter:    CH2E Nevada v. ACTI  (00175546)

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2016

## INVOICE SUMMARY

FEES

    CH2E Nevada v. ACTI
    (00175546)

REDACTED

       Less:   10.0% Discount

       Total Fees

DISBURSEMENTS
    eData Hosting

REDACTED

      Total Disbursements

      Total Current Charges

      Plus: Unpaid Prior Balance

    **TOTAL AMOUNT DUE**

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 09/01/16 | Szewczyk,G.P. | Emails with J. Kawahito re: continuing conferral re: ACTI's responses to CH2E's second set of discovery requests | 0.10 | 44.00 |
| REDACTED | | | | |

069390.00 - 00175546                                                                2016100155
Peter L. Haviland                                    2                              October 4, 2016

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 09/14/16 | Szewczyk,G.P. | Confer with P. Haviland and client re: ACTI's offer to revise protective order for second tier | 0.20 | 88.00 |
| REDACTED | | | | |
| 09/20/16 | Szewczyk,G.P. | Emails with P. Haviland re: communications with ACTI re: design drawings | 0.10 | 44.00 |
| 09/27/16 | Szewczyk,G.P. | Revisions to motion to compel and declaration in support of same, including conferring with P. Haviland re: same and conferral email to J. Kawahito re: ACTI's offer | 0.90 | 396.00 |

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/27/16 | Thornton,J.M. | Review and edit revised motion to compel and supporting declaration | 0.60 | 180.00 |

<span style="color:red">REDACTED</span>

**Total Fees**

<span style="color:red">REDACTED</span>

Less:   10.0% Discount

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| <span style="color:red">REDACTED</span> | | | |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| <span style="color:red">REDACTED</span> | | |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| <span style="color:red">REDACTED</span> | |

<span style="color:red">REDACTED</span>

**Total Current Charges:**

# Ballard Spahr
### LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

REDACTED

## REMITTANCE ADVICE

Client:          069390.00          CH2E Nevada LLC and CH2E Delaware LLC
Matter:          00175546           CH2E Nevada v. ACTI
Invoice No.:     2016100155
Date:            October 4, 2016

REDACTED

Fee Amount
Less:   10.0% Discount
Total Fees

Disbursement Amount

Total Current Charges


Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**


**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**


REDACTED

**Bank:**
**ABA No.:**
**Account No.:**
**Account Name:**
**Please indicate on wire transfer the invoice number stated above.**

CC:
Robert Zecher at Robert@CH2E.com

# Ballard Spahr
### LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

REDACTED

Invoice Date: November 4, 2016
Invoice No.: 2016110600

Fulton & Meyer
Attn: Kelli Miller
16030 Ventura Blvd., Suite 240
Encino, CA  91436

Client:     CH2E Nevada LLC and CH2E Delaware LLC  (069390.00)

Matter:     CH2E Nevada v. ACTI  (00175546)

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2016

### INVOICE SUMMARY

FEES

    CH2E Nevada v. ACTI
    (00175546)                                                                        REDACTED

      Less:   10.0% Discount

      Total Fees

DISBURSEMENTS                                                        REDACTED
    eData Hosting

      Total Disbursements

      Total Current Charges

      Plus: Unpaid Prior Balance

      **TOTAL AMOUNT DUE**

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| REDACTED | | | | |
| 10/03/16 | Szewczyk,G.P. | Email to P. Haviland re: response to ACTI's conferral email and plan for going forward | 0.10 | 44.00 |
| 10/07/16 | Haviland,P. | Analysis re: motion to compel | 1.10 | 759.00 |
| REDACTED | | | | |
| 10/11/16 | Szewczyk,G.P. | Revisions to motion to compel and confer with P. Haviland re: same | 0.30 | 132.00 |
| 10/12/16 | Szewczyk,G.P. | Prepare email to opposing counsel re: proposed modifications to stipulated protective order and motion to compel | 0.10 | 44.00 |
| REDACTED | | | | |
| 10/17/16 | Szewczyk,G.P. | Confer with M. Thornton re: motion to compel and exhibits, including logistics for finalizing and filing same | 0.10 | 44.00 |
| REDACTED | | | | |
| 10/18/16 | Thornton,J.M. | Finalize motion to compel, declaration, and supporting exhibits | 0.50 | 150.00 |
| 10/21/16 | Haviland,P. | Communications re: motion to compel | 1.30 | 897.00 |
| REDACTED | | | | |

REDACTED

**Total Fees**

REDACTED

Less:   10.0% Discount

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| REDACTED | | | |

REDACTED

**Total Fees**

**DISBURSEMENT DETAILS**

<u>Date</u>          <u>Description</u>                                                                      <u>Amount</u>

REDACTED

**DISBURSEMENT SUMMARY**

<u>Description</u>                                                                      <u>Amount</u>

REDACTED

REDACTED

**Total Current Charges:**

# Ballard Spahr
**LLP**

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

<span style="color:red">REDACTED</span>

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 069390.00 | CH2E Nevada LLC and CH2E Delaware LLC |
| Matter: | 00175546 | CH2E Nevada v. ACTI |
| Invoice No.: | 2016110600 | |
| Date: | November 4, 2016 | |

<span style="color:red">REDACTED</span>

Fee Amount
Less:   10.0% Discount
Total Fees

Disbursement Amount

Total Current Charges

Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

<span style="color:red">REDACTED</span>

**Bank:**
**ABA No.:**
**Account No.:**
**Account Name:**
**Please indicate on wire transfer the invoice number stated above.**

CC:

Robert Zecher at Robert@CH2E.com

# Ballard Spahr
**LLP**

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

REDACTED

Invoice Date: December 6, 2016
Invoice No.: 2016120900

Fulton & Meyer
Attn: Kelli Miller
16030 Ventura Blvd., Suite 240
Encino, CA  91436

Client:     CH2E Nevada LLC and CH2E Delaware LLC  (069390.00)
Matter:     CH2E Nevada v. ACTI  (00175546)

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2016

**INVOICE SUMMARY**

FEES

  CH2E Nevada v. ACTI        REDACTED
  (00175546)

   Less:  10.0% Discount

   Total Fees

DISBURSEMENTS        REDACTED
  eData Hosting

   Total Disbursements

   Total Current Charges

   Plus: Unpaid Prior Balance

  **TOTAL AMOUNT DUE**

**PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/01/16 | Thornton,J.M. | Review and contemplate reply to ACTI's opposition of CH2E's motion to compel | 1.00 | 300.00 |
| 11/02/16 | Szewczyk,G.P. | Review ACTI's opposition to motion to compel, including conferring with M. Thornton re: reply strategy | 0.80 | 352.00 |
| 11/03/16 | Szewczyk,G.P. | Research case law and prepare outline for reply in support of motion to dismiss | 1.80 | 792.00 |
| 11/07/16 | Thornton,J.M. | Prepare reply to ACTI's opposition to CH2E's motion to compel | 1.80 | 540.00 |
| REDACTED | | | | |
| 11/08/16 | Thornton,J.M. | Prepare reply to ACTI's opposition of CH2E's motion to compel | 6.40 | 1,920.00 |
| REDACTED | | | | |
| 11/09/16 | Thornton,J.M. | Continue preparing CH2E's reply to ACTI's Opposition Motion | 5.20 | 1,560.00 |
| 11/10/16 | Szewczyk,G.P. | Review and revise reply in support of motion to compel | 1.80 | 792.00 |
| 11/10/16 | Thornton,J.M. | Revise reply in support of CH2E's motion to compel | 0.30 | 90.00 |
| 11/14/16 | Szewczyk,G.P. | Revise and finalize reply brief in support of motion to compel, including coordinating filing of same | 0.30 | 132.00 |
| REDACTED | | | | |

REDACTED

**Total Fees**

Less:   10.0% Discount                                                                            REDACTED

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| REDACTED | | | |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|------|-------------|--------|
| REDACTED | | |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|-------------|--------|
| REDACTED | |

REDACTED

**Total Current Charges:**

# Ballard Spahr
### LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel 424.204.4400
Fax 424.204.4350
www.ballardspahr.com

REDACTED

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 069390.00 | CH2E Nevada LLC and CH2E Delaware LLC |
| Matter: | 00175546 | CH2E Nevada v. ACTI |
| Invoice No.: | 2016120900 | |
| Date: | December 6, 2016 | |

REDACTED

Fee Amount

Less:  10.0% Discount

Total Fees

Disbursement Amount

Total Current Charges

Plus: Unpaid Prior Balance

**TOTAL AMOUNT DUE**

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

REDACTED

**Bank:**
**ABA No.:**
**Account No.:**
**Account Name:**
**Please indicate on wire transfer the invoice number stated above.**

CC:

Robert Zecher at Robert@CH2E.com