# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA, LLC, | Case No. 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

Presently before the Court is the parties' joint interim status report. Docket No. 66. The interim status report does not contain the certifications required by Local Rule 26-3. Accordingly, the Court hereby **ORDERS** the parties to submit a joint interim status report that complies with the Local Rules, no later than December 27, 2016.

IT IS SO ORDERED.

DATED: December 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge