AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

CH2E Nevada, LLC

Plaintiff,

v.

Latif Mahjoob, et al.,

Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-00694-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendant ACTI shall pay Plaintiff attorneys' fees in the amount of $3,020 within 30 days of the issuance of this order.



| April 3, 2017 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ S. Denson |
| | (By) Deputy Clerk |