# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA, LLC, | Case No. 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 87) |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

Pending before the Court is the motion to seal an exhibit attached to Plaintiff's motion for summary judgment. Docket No. 87. Defendant ACTI had marked the document as "confidential," and has submitted a declaration explaining the proprietary nature of the material at issue and the harm in the public release of that material. Docket No. 87-1. Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Those compelling reasons must outweigh the competing interests of the public in having access to the judicial records and understanding the judicial process. *Id.* at 1178-79. In this case, ACTI has sufficiently established compelling reasons to seal this exhibit. Accordingly, the motion to seal is GRANTED.

IT IS SO ORDERED.

DATED: July 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge