# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA LLC, | Case No. 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| LATIF MAHJOOB, et al., | (Docket No. 99) |
| Defendant(s). | |

Before the Court is Defendant American Combustion Technologies of California, Inc.'s ("ACTI") notice of bankruptcy filing and automatic stay pursuant to 11 U.S.C. § 362. Docket No. 99. In light of this development:

IT IS ORDERED that this case is stayed as to Defendant ACTI.

IT IS FURTHER ORDERED that no later than March 1, 2018, Defendant ACTI shall file a status report regarding the status of its bankruptcy and automatic stay. Every 60 days thereafter, Defendant ACTI must file a status report.

IT IS FURTHER ORDERED that Defendant ACTI shall file notice within 7 days of the dismissal of the bankruptcy case or the lifting of the automatic stay.

IT IS SO ORDERED.

DATED: November 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge