# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA, LLC, | Case No. 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 104) |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

Before the Court is Defendant American Combustion Technologies of California, Inc.'s ("ACTI") status report regarding its bankruptcy case. Docket No. 104. On November 15, 2017, Defendant ACTI filed a notice of automatic stay pursuant to 11 U.S.C. § 362 for its pending bankruptcy before the United States Bankruptcy Court for the Central District of California. Docket No. 99. On November 16, 2017, the Court stayed the case as to Defendant ACTI. Docket No. 100. In the instant status report, Defendant ACTI submits that its bankruptcy matter closed on June 5, 2018.[1] Docket No. 104.

//

//

//

---

[1] The Court ordered Defendant ACTI to file notice within 7 days of the dismissal of the bankruptcy case or the lifting of the automatic stay. Docket No. 100. Defendant ACTI, however, filed the instant status report three weeks after the ordered deadline. Docket No. 104.

1 | Accordingly, the Court lifts the stay in this case as to Defendant ACTI.  The case proceeds on
2 | the normal litigation track.

DATED: July 3, 2018

                                             _____
                                             NANCY J. KOPPE
                                             United States Magistrate Judge