1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**
9
10   CH2E NEVADA LLC,                    )       Case No. 2:15-cv-00694-JCM-NJK
                                          )
11                   Plaintiff(s),        )       ORDER
                                          )
12   v.                                   )       (Docket No. 106)
                                          )
13   LATIF MAHJOOB, et al.,               )
                                          )
14                                        )
                     Defendant(s).        )
15   _____ )

16          Pending before the Court is a motion to withdraw as counsel for Defendant American

17   Combustion Technologies of California, Inc. ("ACTI"). Docket No. 106. The Court hereby **SETS** a

18   hearing on that motion for 3:00 p.m. on July 19, 2018, in Courtroom 3C. Defendant ACTI's current

19   counsel, a corporate representative for Defendant ACTI, and any newly retained counsel shall appear

20   in person. No later than July 9, 2018, Defendant ACTI's current counsel shall serve Defendant ACTI

21   with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed

22   no later than July 13, 2018.

23   //

24   //

25   //

26   //

27

28

The Court reminds Defendant ACTI that corporations may appear in federal court only through licensed counsel. *See United States v. High Country Board. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

DATED: July 6, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge