# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA LLC, | Case No. 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 108) |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Defendant American Combustion Technologies of California, Inc. ("ACTI"), filed by Attorney James Kawahito, on behalf of Kawahito Law Group APC. Docket No. 108. The Court hereby **SETS** a hearing on that motion for 3:00 p.m. on July 19, 2018, in Courtroom 3C. Defendant ACTI's current counsel from Kawahito Law Group APC, a corporate representative for Defendant ACTI, and any newly retained counsel shall appear in person. No later than July 16, 2018, Defendant ACTI's current counsel from Kawahito Law Group APC shall serve Defendant ACTI with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than July 17, 2018.

//
//
//
//

The Court reminds Defendant ACTI that corporations may appear in federal court only through licensed counsel. *See United States v. High Country Board. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

DATED: July 13, 2018

```
_____
NANCY J. KOPPE
United States Magistrate Judge
```