# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA LLC, | Case No. 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 115) |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to continue the hearing on Defendant American Combustion Technologies of California, Inc.'s ("ACTI") motion to withdraw as counsel, filed by Attorney Hector Carbajal. Docket No. 115; *see also* Docket No. 106. Mr. Carbajal submits that he inadvertently failed to meet the proof of service deadline of July 9, 2018, set by the Court's order at Docket No. 107. Docket No. 115. Mr. Carbajal further submits that his inadvertence was the result of excusable neglect. *Id.*

On July 5, 2018, Mr. Carbajal filed his motion to withdraw as counsel for Defendant ACTI. Docket No. 106. On July 6, 2018, the Court issued its order setting a hearing on the motion for July 19, 2018, at 3:00 p.m., and ordered Mr. Carbajal to serve Defendant ACTI with the order and file a proof of service no later than July 9, 2018. Docket No. 107. Mr. Carbajal failed to serve Defendant ACTI by the deadline, and makes a vague, conclusory statement that his failure was the result of excusable neglect. Docket No. 115.

Although the Court does not find excusable neglect or good cause, as a one time courtesy, it **GRANTS** in part and **DENIES** in part Mr. Carbajal's motion. Docket No. 115. Mr. Carbajal shall have until 3:00 p.m. on July 18, 2018 to serve Defendant ACTI with this order and the Court's order at Docket No. 107, and shall file a proof of service no later than 4:00 p.m. on July 18, 2018. Mr Carbajal is further **ORDERED** to notify Defendant ACTI via telephone of the hearing no later than 3:00 p.m. on July 18, 2018, and include a statement confirming his conversation with Defendant ACTI in the proof of service.

IT IS SO ORDERED.

DATED: July 18, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge