# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CH2E NEVADA LLC, | Case No.: 2:15-cv-00694-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 124) |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

On July 19, 2018, the Court ordered Defendant American Combustion Technologies of California, Inc. ("ACTI") to show cause in writing why the Court should not issue sanctions against it for violating Court orders requiring its corporate representative and any newly retained counsel to appear in person at a hearing on July 19, 2018, at 3:00 p.m. Docket No. 122. In the instant declaration of Latif Mahjoob, Defendant ACTI's President, Mr. Mahjoob submits that he learned of the July 19, 2018, hearing "a couple days" prior to the hearing, and was unable to attend because he "had a pre-scheduled commitment" at that same time. Docket No. 124.

The Court admonishes Mr. Mahjoob's failure to communicate his conflict with the Court. Orders are not suggestions, they are directives with which compliance is mandatory. *See, e.g.*, *Chapman v. Pacific Tel. & Tel. Co.*, 613 F.2d 193, 197 (9th Cir. 1979). Simply ignoring an order is not appropriate; seeking an extension or otherwise indicating a conflict, however, is appropriate. *Cf.*, *U.S. Bank N.A. v. SFR Investment Pools 1, LLC*, 2018 U.S. Dist. LEXIS 17378, at *10 (D.

Nev. Feb. 2, 2018) ("If a deadline cannot be met, the proper course is most assuredly not to simply ignore an order").

The Court **WARNS** Defendant ACTI that it must strictly comply with the Court's orders. Failure to do so in the future may result in significant sanctions, up to and including dismissal. The Court otherwise **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated: August 22, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge