# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CH2E NEVADA LLC,

    Plaintiff(s),

v.

LATIF MAHJOOB, et al.,

    Defendant(s).

Case No.: 2:15-cv-00694-JCM-NJK

**ORDER TO SHOW CAUSE**

On July 19, 2018, the Court granted the motion of Defendant American Combustion Technologies of California, Inc.'s ("ACTI") attorney to withdraw. Docket No. 121. The Court allowed Defendant ACTI until August 20, 2018, to retain new counsel, and ordered that new counsel must file a notice of appearance in accordance with the Local Rules by that date.[1] As of today's date, however, no notice of appearance on behalf of Defendant ACTI has been filed, nor has it sought an extension of the deadline to do so.

//
//
//
//
//

---

[1] Corporations may appear in federal court only through licensed counsel. *See United States v. High Country Board. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

1

Defendant ACTI is hereby **ORDERED** to file its notice of appearance by new counsel, no later than September 5, 2018.

IT IS SO ORDERED.

Dated: August 22, 2018

                                                    _____
                                                    NANCY J. KOPPE
                                                  United States Magistrate Judge