# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CH2E NEVADA, LLC, | Case No. 2:15-CV-694 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LATIF MAHJOOB, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation ("R&R") in the matter of *CH2E Nevada, LLC v. Mahjoob et al*, case number 2:15-cv-00694-JCM-NJK. (ECF No. 128). No objections have been filed, and the deadline for doing so has passed.

Magistrate Judge Koppe notes in her report and recommendation that, to date, defendant American Combustion Technologies of California, Inc. ("defendant") has failed to appear, respond to the court's order to show cause (ECF No. 127), or request an extension of time to do so. (ECF No. 128 at 2). Therefore, Magistrate Judge Koppe recommends that default judgment be entered against defendant. *Id.*

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a

**James C. Mahan**
**U.S. District Judge**

magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Koppe's report and recommendation (ECF No. 128) are ADOPTED in their entirety.

IT IS FURTHER ORDERED that default judgment be entered against defendant American Combustion Technologies of California, Inc.

The clerk of court is instructed to enter default judgment accordingly.

DATED November 15, 2018.

UNITED STATES DISTRICT JUDGE